[No. 37381-5-II.   Division Two.   August 25, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY VIBOL MAY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-00407-0, Stephanie A. Arend, J., entered February 22, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 37403-0-II.   Division Two.   August 25, 2009.]

THE HUDSON COMPANY, INC., *Respondent*, v. JAMES A. RYFFEL ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-2-01759-7, Theodore F. Spearman, J., entered February 8, 2008. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Armstrong, J.; Hunt, J., dissenting.

[No. 37529-0-II.   Division Two.   August 25, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. VIRGINIA LYNN DENNEY, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-00817-6, James J. Stonier, J., entered March 13, 2008. *Reversed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Bridgewater, J. Now published at 152 Wn. App. 665.

[No. 37541-9-II.   Division Two.   August 25, 2009.]

MATTHEW W. SMITH COMPANY, INC., *Respondent*, v. DONALD C. CHILL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 08-2-00611-9, Roger A. Bennett, J., entered March 14, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Armstrong and Hunt, JJ.